# United States District Court

## Southern District of Georgia

AMSPEC, LLC

_____  Case No.  4:22-CV-00120-RSB-CLR
Plaintiff

v.  RICHARD CALHOUN, DUNG HOANG, CARL CRAWFORD,  Appearing on behalf of  DEFENDANTS
_____
Defendant  (Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __19th__ day of __May__, __2022__.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   David Paul Thatcher

Business Address:   Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Firm/Business Name

191 Peachtree Street, NE, Suite 4800
Street Address

_____  Atlanta   GA   30303
Street Address (con't)   City   State   Zip

_____
Mailing Address (if other than street address)

_____  _____  _____  _____
Address Line 2   City   State   Zip

404-881-1300           703299
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   david.thatcher@ogletree.com