IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| AMSPEC, LLC, | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-120 |
| v. | |
| RICHARD CALHOUN; DUNG HOANG; CARL CRAWFORD; VICTOR BROWN; and CAMIN CARGO CONTROL, INC., | |
| Defendants. | |

**O R D E R**

Before the Court is a "Joint Stipulation of Dismissal With Prejudice," signed and filed by counsel for Plaintiff and counsel for Defendants, in which the parties advise that they stipulate to the dismissal with prejudice of this action, with each party to bear its own attorneys' fees and costs. (Doc. 51.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 8th day of August, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA